**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

HANNA Q. RHEE,                                No. 2:18-CV-0105-KJM-CMK

        Plaintiff,

    vs.                                                    ORDER

MEDICAL BOARD OF
CALIFORNIA, et al.,

        Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

court is plaintiff's motion for a change of venue (Doc. 9).  Defendants' motions to dismiss will

be addressed by separate findings and recommendations.

        Plaintiff seeks a change of venue to the Central District.  According to plaintiff,

Los Angeles is a more favorable venue for her claims of discrimination than Sacramento because

of local prejudice in favor of government in the state capital.  Plaintiff contends that Los Angeles

is more diverse culturally, economically, and religiously.  This request is without merit,

particularly given plaintiff's allegations in the complaint that venue in this court is proper

pursuant to 28 U.S.C. § 1391(b) because the defendants are subject to personal jurisdiction in

1

1  this district and because the events giving rise to the complaint took place in this district.

2        A review a the docket reflects that plaintiff filed a document on February 1, 2018,

3  entitled "Amendment to Initial Complaint" (Doc. 6).  On February 8, 2018, plaintiff filed a

4  document entitled "Amendment #2" (Doc. 7).  Neither document is a complete amended

5  complaint.  Rather, both are lists of purported additional defendants.  Because neither document

6  is complete in itself without reference to the prior pleading, both will been stricken pursuant to

7  Eastern District of California Local Rule 220, which provides that "No pleading shall be deemed

8  amended or supplemented until this Rule has been complied with."

9        Accordingly, IT IS HEREBY ORDERED that:

10       1.    Plaintiff's motion for a change of venue (Doc. 9) is denied; and

11       2.    Plaintiff's February 1, 2018, and February 8, 2018, filings (Docs. 6 and 7)

12  are stricken for non-compliance with Local Rule 220.

14   DATED:  July 12, 2018

15                                                _____
16                                                **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE