IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE, | No. 2:18-CV-0105-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| BIGGS-GRIDLEY MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. In light of the District Judge's August 27, 2019, order, this matter is set for re-hearing on defendants' motions to dismiss (ECF Nos. 12 and 14) on November 13, 2019, at 1:30 p.m. before the undersigned in Sacramento, California, Courtroom 4. Defendants may file supplemental briefs in support of their motions on or before October 16, 2019; if defendants file supplemental briefs, plaintiff may file supplemental oppositions on or before October 30, 2019; if plaintiff files supplemental oppositions, defendants may file supplemental reply briefs on or before November 6, 2019.

IT IS SO ORDERED.

Dated: October 2, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1