# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE, | No. 2:18-CV-0105-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| BIGGS-GRIDLEY MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Due to a scheduling conflict, re-hearing on defendants' motions to dismiss (ECF Nos. 12 and 14), set for November 13, 2019, at 1:30 p.m., before the undersigned in Sacramento, California, Courtroom 4, is reset to December 13, 2019, at 1:30 p.m., before the undersigned in Sacramento, California, Courtroom 4.

IT IS SO ORDERED.

Dated: November 12, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1