# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGGS-GRIDLEY MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | No. 2:18-CV-0105-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Having considered the briefs and supplemental briefs, as well as oppositions thereto and replies in support thereof, filed in connection with the pending motions to dismiss, and pursuant to Eastern District of California Local Rule 230(g), the re-hearing scheduled for December 13, 2019, before the undersigned in Sacramento, California, is hereby taken off calendar and the matters are submitted on the record and briefs without further oral argument. Plaintiff's request for telephonic appearance (ECF No. 47) is denied as unnecessary.

/ / /

/ / /

/ / /

1

IT IS SO ORDERED.

Dated: December 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE