**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANNA Q. RHEE,<br><br>Plaintiff,<br><br>v.<br><br>BIGGS-GRIDLEY MEMORIAL HOSPITAL, et al.,<br><br>Defendants. | No. 2:18-CV-0105-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On November 15, 2019, Plaintiff filed a notice of change of address to 1887 Whitney Mesa Drive, #1919, Henderson, Nevada 89014. <u>See</u> ECF No. 47. On March 16, 2020, mail directed to Plaintiff at this address was returned by the United States Postal Service as undeliverable. On December 2, 2020, the Court issued findings and recommendations that the matter be dismissed for failure to notify the Court of a change of address, as required under Eastern District of California Local Rule 183(b). On December 14, 2020, Plaintiff filed timely objections indicating that the address of record remains current and explaining that she has received mail at that address related to this case. She received the findings and recommendations at that address. Plaintiff states she does not know why mail was returned.

///

1

Good cause appearing therefor, the findings and recommendations issued on December 2, 2020, are vacated.

IT IS SO ORDERED.

Dated: February 24, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2