IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGGS-GRIDLEY MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | No. 2:18-CV-0105-KJM-DMC<br><br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On January 5, 2022, the Magistrate Judge filed supplemental findings and recommendations and findings and recommendations, ECF No. 53, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The

1

court writes separately here only to confirm that it has reviewed Ms. Rhee's objections and agrees with the Magistrate Judge that:

- Lavid's and Helzinger's alleged conduct did not violate "clearly established law," so they are entitled to qualified immunity, *see, e.g.*, *District of Columbia v. Wesby*, 138 S. Ct. 577, 589 (2018);
- Further amendments to the claims against Lavid and Helzinger would be futile, s*ee, e.g.*, *Gompper v. VISX, Inc.*, 298 F.3d 893, 898 (9th Cir. 2002);
- The complaint does not include factual allegations that could permit an inference of the hospital defendants' liability based on Ms. Rhee's conspiracy, equal protection, or privacy claims, *see Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009); and
- Ms. Rhee has had many opportunities to complete service of process, but has not succeeded, so it is appropriate not to further extend the deadline for service of process, *see* Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The supplemental findings and recommendations and findings and recommendations filed January 5, 2022, are adopted in full;

2. The State Defendants' motion to dismiss is denied insofar as they argue the court should abstain from exercising jurisdiction pursuant to *Younger*;

3. The State Defendants' motion to dismiss is denied insofar as they argue they are not "persons" for purposes of § 1983;

4. The State Defendants' motion to dismiss is granted insofar as they argue plaintiff fails to state a claim against defendants Moya, Lavid, and Hilzinger and these defendants are entitled to qualified immunity;

5. Defendants Moya, Lavid, and Hilzinger are dismissed with prejudice;

6. The Hospital defendants' motion to dismiss is granted;

7. Defendants Biggs-Gridley Memorial Hospital dba Orchard Hospital, Stark, James Brown, Jr., Storne-Piazza, Starkes, Buttacavolli, Harris, Margaret Isley Brown, Becker,

Redfield, Cunha, Engen, Cota, and Kullar are dismissed with prejudice;

8. Plaintiff is directed to file a first amended complaint as to her claims for injunctive relief against defendants Alvarez and Bonta[1] **within 30 days of the date of this order**;

9. If plaintiff does not file a first amended complaint within the time provided therefor, the entire action will be dismissed without further leave to amend and without further findings and recommendations;

10. The Clerk of the Court is directed to terminate ECF Nos. 12 and 14 as pending motions; and

11. The matter is referred back to the assigned Magistrate Judge to monitor for timely filing of Plaintiff's first amended complaint.

DATED: March 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Rob Bonta is substituted in place of Xavier Becerra in his official capacity as Attorney General of California under Federal Rule of Civil Procedure 25(d).