**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANNA Q. RHEE, | No. 2:18-CV-0105-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDRA ALVAREZ, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled on Defendants' motion to dismiss, ECF No. 61, set for July 13, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: July 6, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1