# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDRA M. ALVAREZ, et al.,<br><br>    Defendants. | No.  2:18-CV-0105-DAD-DMC<br><br><br><u>ORDER</u> |

       Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's renewed motion, ECF No. 65, for leave to utilize the Court's Electronic Case Filing (ECF) system.

       The Court finds that Plaintiff has not at present demonstrated sufficient cause to grant an exception to the Court's local rule excepting pro se litigants from the requirement to file electronically via the ECF system.  Under Eastern District of California Local Rule 133(a), filing in this Court is to be accomplished electronically via the ECF system.  Local Rule 133(b)(2) provides an exception to this general rule for pro se litigants, who may not absent leave of court utilize the ECF system and, instead, must serve and receive documents by mail.  Under Local Rule 133(b)(3) the Court may grant pro se litigants leave to utilize the ECF system upon "explanation for the reasons for the exception."  Here, Plaintiff appears to contend that she should

be permitted leave to utilize the ECF system because of delays associated with ordinary mail. The Court finds this to be an insufficient explanation of reasons Plaintiff cannot proceed by mail and must, instead, be permitted leave to access the ECF system. To the extent Plaintiff experiences delay, the Court will, as it has in the past, provide appropriate and reasonable accommodation. Plaintiff's renewed request for leave to file electronically via ECF is denied.

IT IS SO ORDERED.

Dated: September 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE