IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE, | No. 2:18-CV-0105-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDRA M. ALVAREZ, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 69, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due a recent COVID-19 infection, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  December 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1