IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEXANDRA M. ALVAREZ, et al.,<br><br>   Defendants. | No. 2:18-CV-0105-DAD-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's second motion, ECF No. 71, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due an ongoing COVID-19 illness as well as recent flooding of her home, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: January 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1