UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDRA M. ALVAREZ, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-00105-DAD-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS THIS ACTION<br><br>(Doc. Nos. 74, 81) |

　　　　Plaintiff Hanna Q. Rhee, proceeding *pro se*, initiated this civil action on January 17, 2018. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 16, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss plaintiff's first amended complaint (Doc. No. 74) be granted and that this action be dismissed without leave to amend because granting plaintiff further leave to amend would be futile. (Doc. No. 81.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 11.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 16, 2023 (Doc. No. 81) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 74) is granted;
3. This action is dismissed; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 1, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE